UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-1330 2
HON. PATRICK J. DUGGAN

REEDIE ANTHONY,
          Plaintiff(s),
-V-
GROUPE ROBERT INC. & DAVID J. WELLMAN,
          Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on October 13, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

s/Patrick J. Duggan
United States District Judge

Dated: October 13, 2010

Approved as to
form and substance:

David Christensen
Attorney for Plaintiff(s)

Michael Sickles
Attorney for Defendant(s)